# KAISER SAURBORN & MAIR

Kaiser Saurborn & Mair, P.C.
30 Broad Street, 37th Floor
New York, New York 10004
www.ksmlaw.com

Daniel J. Kaiser
+1.212.338.9100 x317
+1.646.607.9371 fax
kaiser@ksmlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/22/24

August 16, 2024

**BY ECF**
Hon. Colleen McMahon
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007-1312

> OK. The clerk will please remove the open motion at Dkt # 15.
>
> Colleen McMahon
> 8/22/24

Re: David Breitling v. Amazon Web Services, *et al.*
Case No.: 24 Civ. 04704

Dear Judge McMahon:

I represent plaintiff in the above referenced action. I write to respectfully withdraw the letter motion (ECF No. 15) I filed earlier today. This letter was meant to be filed in another matter. Due to a law office failure and we filed this letter in the wrong matter.

I apologize for the confusion.

Thank you for your time and attention to this request.

Respectfully submitted,

Daniel J. Kaiser

DJK/sz