UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID BREITLING,

    Plaintiff,

-against-

AMAZON WEB SERVICES, and RANDY BRADLEY,

    Defendants.

Civil Action No. 1:24-cv-04704-CM-OTW

USD...
DOC... NT
EL... NICA..LY FILED
D...
...ED: 9/9/2025

### DEFENDANTS' MOTION TO SEAL PORTIONS OF THEIR MEMORANDUM OF LAW AND OTHER MATERIALS SUBMITTED IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that Defendants Amazon Web Services and Randy Bradley (collectively, "Defendants"), upon the accompanying Memorandum of Law in Support of Defendants' Motion to Seal Portions of Their Memorandum of Law and Other Materials Submitted in Support of Their Motion for Summary Judgment, will move this Court, before the Honorable Colleen McMahon, in the United States District Court for the Southern District of New York, on a date and time to be designated by the Court, for an Order granting Defendants leave to file under seal the following exhibits submitted in support of their Motion for Summary Judgment, as well as portions of their supporting Memorandum of Law and their Local Rule 56.1 Statement of Undisputed Material Facts in Support of Their Motion for Summary Judgment referencing such materials:

MEMO ENDORSED

9/9/2025 The motion papers will remain temporarily under seal. However, the information sought to be shielded does not strike me as truly "confidential" and after the motion is decided, I will require a great deal more of a showing in order to convince me to seal portions of the decision that will necessarily refer to these so-called "Confidential" documents. /s/

-1-

1. Exhibits B through I, as well as redactions to Exhibit A, to the Declaration of Ralph ("Randy") H. Bradley in Support of the Defendants' Motion for Summary Judgment (performance management documents detailing sensitive, non-public business and compensation information);

2. Exhibits A-B, D-F, and H-I, as well as redactions to Exhibit C, to the Declaration of Gabriela Katsulis in Support of the Defendants' Motion for Summary Judgment (investigation documents detailing information regarding Amazon's investigations into Plaintiff and Randy Bradley, including investigation report documents);

3. Redactions to Deposition Transcript of Maysa Abdelrazeq;

4. Redactions to Deposition Transcript of Gabriela Katsulis;

5. Redactions to Deposition Transcript of Ben Waltuck;

6. Redactions to Deposition Transcript of Randy H. Bradley.

RESPECTFULLY SUBMITTED,

June 30, 2025
New York, New York

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ *Melissa C. Rodriguez*
Melissa C. Rodriguez
101 Park Avenue
New York, NY 10178
Tel:   (212) 309-6000
Fax:   (212) 309-6001
melissa.rodriguez@morganlewis.com

*Attorneys for Defendants*