**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1581
(212) 805-6325

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2026

CHAMBERS OF
COLLEEN McMAHON
UNITED STATES DISTRICT JUDGE

CIVIL CASE :    David Breitling v. Amazon Web Services, et al., 24- cv-4704 (CM)

FROM:    Judge McMahon

RE:    Trial

DATE:    April 28, 2026

---

Counsel:

I have a criminal trial that has ditched your trial date of September 14. Can we come up with a new date as close to the old date as possible? If you would like to have the final pretrial conference closer to the trial date I can do it on September 9, 10 or 11.

_____
United States District Judge

BY ECF TO ALL COUNSEL