UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————X

DAVID BREITLING,

               Plaintiff,

    -against-                          24-cv-4704 (CM) (OTW)

AMAZON WEB SERVICES and
RANDY BRADLEY,

               Defendants.

————————————————————————X

### DECISION DENYING MOTION FOR RECONSIDERATION

McMahon, J.:

      For substantially the reasons articulated in the brief in opposition to the motion for reconsideration of the Court's previously announced decision on Plaintiff's Motion in Limine #1, the motion for reconsideration is DENIED. If, as testified by Defendant's own witness, the prior complaint of discrimination played no role in the decision to place the Plaintiff on Pivot, and if that complaint was of so little relevance that it played no role in the arguments made in connection with the motion for summary judgment (as it did not), then the probative value of this purported complaint of gender discrimination (1) is substantially outweighed by the prejudicial value of testimony that the complaint was made, and (2) will end up leading to collateral litigation that has no value to the decision in this case.

      This constitutes the decision and order of the court. The original decision is sustained and will not be reconsidered.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/26/2026

Dated: May 26, 2026

_____
U.S.D.J.

BY ECF TO ALL COUNSEL