USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X

David Breitling,

Plaintiff(s),

-against-

Amazon Web Services., et al.,

Defendant(s).
--------------------------------------------------X

24 Civ. 4704 (CM)

**TRIAL NOTICE**

Please take notice that the above captioned matter has been scheduled for a **Final Pretrial Conference before the Honorable Colleen McMahon, United States District Judge, on Friday, September 11, 2026, at 10:30 a.m., in courtroom 24A, at the U. S. District Courthouse, 500 Pearl Street, New York, New York 10007. Trial has been scheduled for Wednesday, October 21, 2026 at 9:30 a.m.** Parties are directed to file all trial documents required by Judge McMahon's Individual Practices. Originals must be filed in the Clerk's Office and courtesy copies are to be provided to chambers.

Any scheduling difficulties must be brought to the attention of the Court in writing.

Dated: August 13, 2026
New York, New York

SO ORDERED:

Colleen McMahon

Colleen McMahon, U.S.D.J