USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

David Breitling,

Plaintiff(s),

-against-

Amazon Web Services, et al.,

Defendant(s).
---------------------------------------------------X

24 Civ. 4704 (CM)

**AMENDED TRIAL NOTICE**

Please take notice that the above captioned matter has been re-scheduled for **trial before the Honorable Colleen McMahon, United States District Judge, on Monday, October 26, 2026, at 9:30 a.m., in courtroom 24A, at the U. S. District Courthouse, 500 Pearl Street, New York, New York 10007.**

Any scheduling difficulties must be brought to the attention of the Court in writing.

Dated: September 15, 2026
New York, New York

SO ORDERED:

Colleen McMahon, U.S.D.J